UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MARVELYS GARCIA and
JOSE MARIO ZELAYA

CASE NO. 22-15175-LMI

Chapter 7

Debtors.
_____/

**TRUSTEE, SONEET KAPILA'S AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTORS' CLAIMED EXEMPTIONS**

Trustee, Soneet Kapila the duly appointed Chapter 7 trustee (the "Trustee") for the bankruptcy estate of the Debtors, Marvelys Garcia and Jose Mario Zelaya (collectively, the "Debtors"), by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 4003(b) and Local Rules 9013-1(C) and 5005-1(G)(1), hereby files this *Agreed Ex Parte Motion for Extension of Time to Object to Debtors' Claimed Exemptions* (the "Motion"), and in support thereof states as follows:

**Background**

1. On July 5, 2022 (the "Petition Date"), Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code").

2. Shortly thereafter, Soneet Kapila was appointed as the Chapter 7 Trustee of the Debtors' bankruptcy estate (the "Estate").

3. The 341 Meeting of Creditors was held and concluded on August 9, 2022 [ECF No. 12].

4. Accordingly, the deadline for the Trustee to file an objection to the Debtors' claimed exemptions is on September 8, 2022. *See* Fed. R. Bankr. P. 4003(b)(1).

**Relief Requested**

5. By this Motion, the Trustee seeks an extension of the aforementioned deadline through and including October 11, 2022.

6. Fed. R. Bankr. P. 4003(b)(1) provides that "[t]he court may, for cause, extend the time for filing objections if, before the time to object expires, a party in interest files a request for an extension.

7. The basis for the foregoing extension is that the Trustee has recently received certain information and documents regarding certain representations made by the Debtors in their schedules and 341 Meeting that require further investigation and analysis, including but not limited to the financial affairs of the Debtors and the Debtors' claimed exemptions.

8. The Trustee also requires sufficient time to obtain and review additional information and documentation from the Debtors responsive to the Trustee's request for documents. Accordingly, the Trustee has not yet concluded his due diligence.

9. The extension requested is necessary to provide the Trustee sufficient time to properly investigate the Debtors' financial affairs, administer the Estate, and to determine whether an objection to the Debtors' claimed exemptions is appropriate.

10. As set forth herein, cause does exist for the Court to extend the aforementioned deadline.

11. This request is not being made for purposes of delay. The extension requested is necessary to enable the Trustee to properly administer the Estate.

12. This request is made solely for the benefit of the Trustee and is not intended to apply to other creditors of the estate.

13. Prior to filing this Motion, the undersigned counsel communicated with counsel for

the Debtors, and Debtors' counsel has agreed to the relief sought herein.

14. A copy of the proposed order granting the relief requested herein is attached hereto as **Exhibit "A"**.

WHEREFORE, the Trustee respectfully requests the Court enter an order in substantially the same form as attached hereto as Exhibit "A": (a) granting this Motion; (b) finding that cause exists to extend the deadline for the Trustee to object to Debtors' claimed exemptions; (c) extending the deadline for the Trustee to object to Debtors' claimed exemptions through and including October 11, 2022, and (d) granting such other and further relief that is just and proper.

Dated: September 7, 2022

Respectfully Submitted,

EDELBOIM LIEBERMAN REVAH PLLC
*Counsel to the Chapter 7 Trustee*
20200 W. Dixie Hwy, Suite 905
Miami, FL 33180
T: 305-768-9909
F: 305-928-1114
Email: brett@elrolaw.com
Email: edan@elrolaw.com

By /s/: *Brett Lieberman*
Brett D. Leiberman, Esq. (FBN 69583)
Edan Weiner (FBN 1019408)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF notification upon all parties in interest registered to receive electronic notification on this matter (which is incorporated herein by reference) on September 7, 2022.

By /s/: *Brett D. Leiberman*
Brett D. Leiberman, Esq.

**Exhibit "A"**
**Proposed Agreed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MARVELYS GARCIA and  CASE NO. 22-15175-LMI
JOSE MARIO ZELAYA

        Debtors.  Chapter 7
_____/

**ORDER GRANTING TRUSTEE, SONEET KAPILA'S AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTORS' CLAIMED EXEMPTIONS**

THIS MATTER came before the Court upon the Chapter 7 Trustee, Soneet Kapila's *Agreed Ex Parte Motion for Extension of Time to Object to Debtors' Claimed Exemptions* (the "Motion") [ECF No. ___]. The Court, having reviewed the Motion, having noted that the Debtors Marvelys Garcia and Jose Mario Zelaya (the Debtors") have agreed to the relief sought in the Motion, and being otherwise fully advised, it is:

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Court finds that cause exists to extend the deadline for the Trustee to file an

objection to the Debtors' claimed exemptions.

3. The deadline for the Trustee to file an objection to the Debtors' claimed exemptions is hereby extended through and including **October 11, 2022.**

###

Submitted by:
Brett D. Leiberman, Esq.
EDELBOIM LIEBERMAN REVAH PLLC
20200 W. Dixie Hwy, Suite 905
Miami, FL 33180
T: 305-768-9909
F: 305-928-1114

Copy furnished to:

Attorney Leiberman is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court.