

**ORDERED in the Southern District of Florida on September 9, 2022.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MARVELYS GARCIA and                              CASE NO. 22-15175-LMI
JOSE MARIO ZELAYA
                                                 Chapter 7
            Debtors.
_____/

**ORDER GRANTING TRUSTEE, SONEET KAPILA'S AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTORS' CLAIMED EXEMPTIONS**

THIS MATTER came before the Court upon the Chapter 7 Trustee, Soneet Kapila's *Agreed Ex Parte Motion for Extension of Time to Object to Debtors' Claimed Exemptions* (the "Motion") [ECF No. 25]. The Court, having reviewed the Motion, having noted that the Debtors Marvelys Garcia and Jose Mario Zelaya (the Debtors") have agreed to the relief sought in the Motion, and being otherwise fully advised, it is:

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Court finds that cause exists to extend the deadline for the Trustee to file an objection to the Debtors' claimed exemptions.

3. The deadline for the Trustee to file an objection to the Debtors' claimed exemptions is hereby extended through and including **October 11, 2022.**

###

Submitted by:
Brett D. Leiberman, Esq.
EDELBOIM LIEBERMAN REVAH PLLC
20200 W. Dixie Hwy, Suite 905
Miami, FL 33180
T: 305-768-9909
F: 305-928-1114

Copy furnished to

Attorney Leiberman is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court.