UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MARVELYS GARCIA and                              CASE NO. 22-15175-LMI
JOSE MARIO ZELAYA
                                                 Chapter 7
        Debtors.
_____/

### TRUSTEE, SONEET KAPILA'S MOTION FOR EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO DEBTORS' DISCHARGE AND TO OBJECT TO DEBTORS' CLAIMED EXEMPTIONS

Trustee, Soneet Kapila the duly appointed Chapter 7 trustee (the "Trustee") for the bankruptcy estate of the Debtors, Marvelys Garcia (the "Debtor") and Jose Mario Zelaya (the "Joint Debtor) (collectively, the "Debtors"), by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 4003(b) and 4004(b), hereby files this *Motion for Extension of Time to File a Complaint Objecting to Discharge and to Object to Debtors' Claimed Exemptions* (the "Motion"), and in support thereof states as follows:

### Background

1.      On July 5, 2022 (the "Petition Date"), Debtors filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code").

2.      Shortly thereafter, Soneet Kapila was appointed as the Chapter 7 Trustee of the Debtors' bankruptcy estate (the "Estate").

3.      The 341 Meeting of Creditors was held and concluded on August 9, 2022 [ECF No. 12].

4. Accordingly, the deadline for the Trustee to file a complaint objecting to the Debtors' discharge is on October 11, 2022. *See* Fed. R. Bankr. P. 4004(a).

5. Additionally, on September 12, 2022, the Court entered the *Agreed Order Granting Trustee's Agreed Ex-Parte Motion for Extension of Time to Object to Debtor's Claimed Exemptions* [ECF No. 27], extending the deadline through and including October 11, 2022.

### Relief Requested and Basis for Relief

6. By this Motion, the Trustee seeks an extension of the aforementioned deadlines through and including December 9, 2022.

7. On August 25, 2022, the Court entered the *Order Granting Trustee's Ex-Parte Application to Employ Brett Lieberman, Esq. and the Law Firm of Edelboim Lieberman Revah, PLLC as Counsel for the Trustee* [ECF No. 20].

8. On August 30, 2022, Trustee's counsel sent a document request to the Debtors seeking the production of certain documents on or before September 13, 2022 (the "Document Requests").

9. On September 13, 2022, Debtors produced certain documents responsive to the Document Requests.

10. On September 20, 2022, Trustee's counsel inquired with Debtors' counsel regarding certain omitted documents to the Documents Requests, including but not limited to, bank statements, credit union statements, Venmo account statements, and 401k statements.

11. On September 27, 2022, Debtors' counsel provided bank statements and credit union statements. To date, Trustee has not received the monthly statements in connection to Debtor's 401k account listed in Schedule "A/B", and which has been claimed as exempt in Schedule "C". Additionally, the Trustee has not received monthly statements for the Debtors' Venmo account(s).

12. Accordingly, the basis for the foregoing extensions is that the Trustee is awaiting further production from the Debtors of omitted documents and information responsive to the Trustee's Document Requests regarding certain representations made by the Debtors in their schedules that require further analysis, including but not limited to the financial affairs of the Debtors and Debtors' claimed exemptions.

13. The Trustee requires sufficient time to obtain and review the additional information and documentation from the Debtors responsive to the Trustee's requests, to investigate claims and causes of actions for the benefit of the Estate, and to conduct the Debtors' Rule 2004 Examination.

14. The Debtors' respective 2004 examinations have been currently set for October 27, 2022. *See* ECF Nos. 30, 31.

15. Additionally, the Debtor, Jose Zelaya, has disclosed that prior to the Petition Date, the Debtor owned real property located at 601 SW 39th Avenue, Miami, Florida 33134 (the "Miami Property"), which was transferred on or about December 3, 2021.

16. The Trustee is still investigating the transfer and disposition of the proceeds of the Miami Property as of the date hereof. In this regard, the Trustee is in the process of obtaining additional information and documentation from third party sources, such as the closing agent for the sale of the Miami Property. *See* ECF No. 29.

17. Accordingly, the Trustee has not yet concluded his due diligence.

11. Fed. R. Bankr. P. 4004(b)(1) provides that the Court may extend the deadline to object to discharge "for cause."

12. Similarly, Fed. R. Bankr. P. 4003(b)(1) provides that the Court may extend the deadline to object claimed exemptions "for cause."

13. As set forth herein, cause does exist for the Court to extend the aforementioned deadlines.

14. This request is not being made for purposes of delay. The extension requested is necessary to enable the Trustee to properly administer the Debtors' Estate.

15. This request is made solely for the benefit of the Trustee and is not intended to apply to other creditors of the estate.

WHEREFORE, the Trustee respectfully requests the Court enter an order: (i) granting this Motion; (ii) finding that cause exists to extend the deadline for the Trustee to file a complaint objecting to discharge; (iii) finding that cause exists to extend the deadline for the Trustee to object to the Debtors' claimed exemptions; (iv) extending the deadlines for the Trustee to file a complaint objecting to Debtor's discharge and to object to Debtors' claimed exemptions through and including December 9, 2022; and (v) granting such other and further relief that is just and proper.

Dated: October 7, 2022

Respectfully Submitted,

EDELBOIM LIEBERMAN REVAH PLLC
*Counsel to the Chapter 7 Trustee*
20200 W. Dixie Hwy, Suite 905
Miami, FL 33180
T: 305-768-9909
F: 305-928-1114
Email: brett@elrolaw.com
Email: edan@elrolaw.com

By /s/: *Brett Lieberman*
Brett D. Lieberman, Esq. (FBN 69583)
Edan Weiner (FBN 1019408)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF notification upon all parties in interest registered to receive electronic notification on this matter (which is incorporated herein by reference) on October 7, 2022

By /s/: *Brett D. Lieberman*
Brett D. Lieberman, Esq.